UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

Jonathan Paul Catlin,

       Plaintiff(s),

   vs.

Cherry Creek Strategic Advisors, LLC,

       Defendant(s).         6:14-cv-06163-DGL
_____

## ENTRY OF DEFAULT

It appearing that Cherry Creek Strategic Advisors, LLC, is in default for failure to plead or otherwise defend as required by law.

Default is hereby entered as against said defendant(s) on October 1, 2014.

                MICHAEL J. ROEMER
                Clerk, U. S. District Court

                S/Tricia M. Frisa

                By: Tricia M. Frisa
                    Deputy Clerk

