UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Jonathan Paul Catlin,

          Plaintiff(s),

v.                           14-cv-6163

Cherry Creek Strategic Advisors,

          Defendant(s).

## JUDGMENT BY DEFAULT

Defendant(s), Cherry Creek Strategic Advisors, was served with the Summons and Complaint in this action on or about 4/11/2014 and the time for defendant(s) to appear, answer or move against the Complaint has expired without an appearance by defendant; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and Rule 55 of the Local Rules of Practice of the United States District Court for the Western District of New York, it is hereby

ADJUDGED that the plaintiff(s), **Jonathan Paul Catlin**, recover from the defendant(s) the sum of $60,000.00, the amount claimed minus $2,100.00 credit for payments, adding costs of $400.00 filing fee and $55.00 process server fee, amounting in all to $58.355.00, and that the plaintiff have execution therefore.

                                                  Michael J. Roemer
                                                  Clerk of Court
                                                  United States District Court

JUDGMENT ENTERED THIS 15th DAY OF January, 2015.